# IN THE UNITED STATES DISTRICT COURT FOR THE
## WESTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| (1) FAITH TEMPLE, INC. a domestic corporation, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Case No. 20-CV-13G |
| (1) CHURCH MUTUAL INSURANCE COMPANY, a Wisconsin Corporation, | ) ) ) | |
| Defendants. | ) ) | |

## PLAINTIFF'S EXPERT DISCLOSURES

**COMES NOW** Plaintiff, Faith Temple, Inc., by and through its Counsel and pursuant to

Fed. R. Civ. P. 26(a)(2) hereby submits its Expert Disclosures.

Experts:

Ray Choate
Axiom Appraisal Group
541 County Road 4106
Crandall, TX 75114
Telephone:  (972) 261-4321

Chad T. Williams, P.E.
Valor Forensic Engineering Services, LLC
P.O. Box 783
Jenks, Oklahoma 74037
Telephone:  (918) 970-4722

Respectfully submitted,

/s/ Ben D. Baker
Ben D. Baker, OBA No. 21475
THE BAKER LAW FIRM
310 West Main Street, Suite 100
Purcell, Oklahoma 73080
Email: bbaker@thebakerlawfirm.com
Telephone:      (405) 527-8001
Facsimile:       (405) 527-1539

-and-

A. Laurie Koller, OBA No. 16857
3701-A S. Harvard, #396
Tulsa, OK 74135
Email:  laurie@kollertriallaw.com
Telephone: (405) 527-8001
Facsimile: (405) 527-1539

-and-

Eric Anthony Mareshie, OBA No. 18180
E. ANTHONY MARESHIE, P.L.L.C.
P.O. Box 330161
Tulsa, Oklahoma 74133-0161
Email:  tulsalegal@gmail.com
Telephone:  (918) 519-3771
Facsimile:  (918) 970-6927
***Counsel for Plaintiff***

CERTIFICATE OF SERVICE

       I hereby certify that on February 22, 2021, I electronically transmitted a copy of this document to the Clerk of Court using the ECF System for filing and transmittal of a Notice of Electronic Filing to the following ECF registrants:

Kenyatta R. Bethea, OBA# 18650
HOLLOWAY, BETHEA & OSENBAUGH
3035 N.W. 63rd, Suite 102N
Oklahoma City, OK 73116
Telephone: (405) 246-0600
Facsimile: (405) 810-4080
*kbethea@hbolaw.com*
***Attorneys for Defendant, CHURCH MUTUAL***
***INSURANCE COMPANY***

                            /s/ Ben D. Baker
                            Ben D. Baker